**RECEIVED**
IN LAKE CHARLES, LA

APR 29 2011

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **CHARLES CUTLER** | **CIVIL ACTION NO. 10-0336** |
| VS. | **JUDGE MINALDI** |
| **CITY OF SULPHUR, ET AL.** | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the complaint in this matter be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, in Lake Charles, Louisiana, on this 29 day of April, 2011.

PATRICIA MINALDI
**UNITED STATES DISTRICT JUDGE**